FILED
2021 May-04 PM 01:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

To the United States of America

I Lashana Sims is writing this letter to apologize about what occurred at my home on April 12, 2018. I would like to start out by saying when the officer entered my home in plan close, it caught me off guard and I pulled my weapon until other officers in uniform approached, then I lowered my weapon and complied with orders. For that I do apologize to that officer and the others.

To my Judge and peers I have learned a valuable lesson from this all. To have anything in my home, car, or around me may cause me to be in this position again or just braking the law all together. Because of this I Lashana Sims will avoid anything illegal at all cost. As of the years behind me I didn't, for that I apologize.